**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><div align="right">PLAINTIFF</div><br>v.<br>VICTOR HUGO RAMIREZ,<br><div align="right">DEFENDANT</div> | CASE NUMBER<br><br>CR No. 2:25-cr-00058-MWC<br><br>**NOTICE TO COURT OF**<br>**RELATED CRIMINAL CASE**<br><br>(PURSUANT TO GENERAL ORDER 14-03) |

Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to <u>United States v. Victor Hugo Ramirez</u>, Case No. 2:11-cr-1017-CAS, which:

____X____    was previously assigned to the Honorable Christina A. Snyder

_____    has not been previously assigned.

The above-entitled cases may be related for the following reasons:

_____    the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

____X____    the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Additional explanation (if any):  Defendant is charged with illegally re-entering the United States, in violation of the terms of his supervised release, in case numbered 2:11-cr-01017-CAS.  Defendant has also been charged in this case for being an illegal alien found in the United States following deportation.  Because both cases involve the same defendant and factual record, a substantial duplication of judicial effort would result if the two cases were not related and assigned to the same judge.

Dated: February 4, 2025

_____/S/_____
MATT COE-ODESS
Assistant United States Attorney