UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES – GENERAL

Case No.   2:11cr01017-CAS & 2:25cr00058-CAS        Date: February 12, 2025

Present: The Honorable: **HONORABLE CHRISTINA A. SNYDER (APPEARANCE BY ZOOM)**

Interpreter   (SPANISH) – Jesus Rivera

| Catherine Jeang | Myra Ponce | Matthew Coe-Odess |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| VICTOR HUGO RAMIREZ | X | X | | CURTIS LEFTWICH | X | X | |

**Proceedings:**   PRELIMINARY REVOCATION OF SUPERVISED RELEASE [2:11cr01017]; AND

CHANGE OF PLEA [2:25cr00058]

Hearing held and counsel are present. The U.S. Probation Officer, Daniel Jackson, is also present. The Court confers with counsel, defendant and the probation officer, as stated on the record. Further, the Court takes defendant's oral consent to proceed with this hearing, allowing the Honorable Christina A. Snyder to appear by Zoom, with everyone else present in-person within the Courtroom.

Defendant is sworn, questioned by the Court and advised of his Constitutional Rights.

### PRELIMINARY REVOCATION OF SUPERVISED RELEASE [2:11cr01017]

The Court questioned the defendant regarding the Petition on Probation and Supervised Release originally filed on December 12, 2014. The allegations are read to the defendant. The defendant admits violation of his supervised release as stated in the petition filed December 12, 2014.

THE COURT FINDS the admissions voluntary and knowledgeable and accepts them.

THE COURT FURTHER FINDS that the defendant is in violation of the terms and conditions of his release as set forth in the Judgment and Probation/Commitment Order of September 6, 2012.

///

///

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

# CHANGE OF PLEA [2:25cr00058]

The Court further confers with counsel and defendant moves enter a plea of guilty to Count 1 of the Single-Count Information, states that his true name is as charged.

The Court questions the defendant regarding his intention to enter a plea of GUILTY and advises the defendant of his Constitutional Rights. Defendant now enters a plea of GUILTY to Count 1 of the Single-Count Information. The Court FINDS the plea to be knowledgeable and voluntary and orders the plea accepted and entered.

The Court orders the Plea Agreement filed and incorporated into the record.

The Court refers the defendant to the Probation Office for an investigation and Pre-sentence Report. The Court orders the Jury Trial VACATED as to this defendant.

The Court continues both matters to **April 7, 2025**, at **2:30 p.m.** for sentencing on both cases.

|  | 00:30 |
|---|---|
| Initials of Deputy Clerk | CMJ |

**Cc:     U.S. PROBATION AND PRETRIAL SERVICES**